**Fill in this information to identify the case:**

Debtor 1: Josephine Sirico-Fuscone

Debtor 2: _____
          (Spouse, if filing)

United States Bankruptcy Court for the: Northern District of Illinois

Case number 15-42082

Form 4100R
# Response to Notice of Final Cure Payment        10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of Creditor:** Wells Fargo Bank, N.A.                **Court Claim No.**

**Last four digits** of any number you use to identify the debtor's account: XXXXXX3589

**Property Address:**   312 Tanoak Lane
                        Number    Street

                        Naperville, IL 60540
                        City         State     ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim

☐ Creditor disagrees that debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as the date of this response is:   $_____

## Part 3: Postpetition Default Payments

*Check one:*

☐ Creditor states the debtor(s) are current with all Postpetition payments consistent with § 1322 (b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow and costs.

The next Postpetition payment from the debtor (s) is due on:

☒ Creditor states the debtor(s) are not current on all postpetition payments consistent with § 1322 (b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:
a. Total postpetition ongoing payments due:                                    (a)    $4,728.48
b. Total fees, charges, expenses, escrow, and costs outstanding:            + (b)        $0.00
c. **Total**. Add lines a and b.                                              (c)    $4,728.48

Creditor asserts that the debtor(s) are contractually obligated
for the postpetition payment(s) that first became due on: 11/01/2018

Debtor 1: <u>Josephine Sirico-Fuscone</u>  Case number (if known): <u>15-42082</u>
        First Name   Middle Name   Last Name

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box:*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X <u>/s/ Mike Burke</u>  Date <u>01/10/2019</u>
    Signature

Print:    <u>Mike Burke</u>  Title <u>Attorney</u>
        First Name   Middle Name   Last Name

Company  <u>Shapiro Kreisman & Associates, LLC</u>

Address   <u>2121 Waukegan Road, Suite 301</u>
         Number   Street

         <u>Bannockburn, IL 60015</u>
         City   State  ZIP Code

Phone    <u>(847) 291-1717</u>  Email

Debtor 1: <u>Josephine Sirico-Fuscone</u>  Case number (if known): <u>15-42082</u>
     First Name   Middle Name   Last Name

## Certificate of Service

I hereby certify that a copy of the foregoing Response to Notice of Final Cure Payment was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the court on

Date: <u>January 10, 2019</u>

Chapter 13 Trustee: Glenn B. Stearns

Trustee Address: 801 Warrenville Road, Suite 650, Lisle, IL 60532

Trustee Email:

Debtor's Counsel Name: Edgar Petti

Debtor's Counsel Address: 22 S 4th St, Ste B, Geneva, IL 60134

Debtor's Counsel Email: epetti@pettimurphylaw.com

Debtor 1 Name: Josephine Sirico-Fuscone

Debtor 2 Name:

Debtor's Mailing Address: 312 Tanoak Lane, Naperville, IL 60540

Debtor Email:

                                                          __/s/ Mike Burke_____

                                                          Mike Burke